NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASA LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2018-1160

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00748.

---

## JUDGMENT

---

ROBERT M. EVANS, JR., Stinson Leonard Street LLP, St. Louis, MO, argued for appellant. Also represented by KYLE G. GOTTUSO, Senniger Power LLP, St. Louis, MO.

ANGELA DAWN MITCHELL, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for appellee. Also represented by RYAN SCHLETZBAUM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |